IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ELLSWORTH M. ROMER, *et al.*, Plaintiffs, | * * * * | |
| v. | * * * | Civil Action No. 10-cv-01884-AW |
| HOME DEPOT U.S.A., INC., Defendant. | * * * | |

**Order**

Pending before the Court is the Parties' joint motion for approval of settlement agreement. *See* Doc. No. 21. This case involves claims under the Fair Labor Standards Act ("FLSA"). Settlement agreements that would result in dismissal of FLSA claims must first be approved as fair and reasonable by the reviewing court. *See Taylor v. Progress Energy, Inc.*, 415 F.3d 364, 374 (4th Cir. 2005). The Court conducted a hearing to evaluate the fairness of the settlement. Based on the arguments presented by the Parties during the hearing and in their joint motion, the Court is satisfied that the settlement is fair and reasonable. Accordingly, it is, this 4th day of February, 2011, ordered that:

1) The Parties' joint motion for approval of settlement agreement, Doc. No. 21, is granted,

2) The Clerk CLOSE this case, and

3) The Clerk transmit a copy of this order to counsel.

                                                                /s/
                                          Alexander Williams, Jr.
                                          UNITED STATES DISTRICT JUDGE